## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2014 MAY 20  P 5: 20

DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) No. 2:14-CR- 69-JDL |
| **ROMELLY DASTINOT** | ) |
| a/k/a "Marcus" | ) |
| **JACQUES VICTOR** | ) |
| a/k/a "Face" | ) 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B), |
| ███████████ | ) 841(b)(1)(C), 843(b), 843(d), 18 U.S.C. § 2 |
| | ) |
| | ) |
| | ) |
| **PIERRE DUBOIS** | ) |
| a/k/a "Cookie" | ) |
| **DIMITRY GORDON** | ) |
| a/k/a "Jimmy" | ) |
| ███████████ | ) |
| | ) |
| | ) |
| **ASHLEY GLEASON** | ) |
| **JEAN VALBRUN** | ) |
| **JONATHAN DUFFAUD** | ) |
| **PIERRE AZOR** | ) |
| a/k/a "Cash" | ) |
| **CARRIE BUNTROCK** | ) |
| a/k/a "Grandma" | ) |
| **MEKAYLA FARLEY** | ) |
| ███████████ | ) |
| | ) |
| **STEPHEN CHADWICK** | ) |
| **RICHARD MCKENZIE** | ) |

### INDICTMENT

The Grand Jury charges:

### Count One

Beginning on a date unknown, but not later than early 2012, and continuing until May

2014, in the District of Maine and elsewhere, defendants

**ROMELLY DASTINOT**
**a/k/a "Marcus"**
**JACQUES VICTOR**
**a/k/a "Face"**

███████████████████████

**PIERRE DUBOIS**
**a/k/a "Cookie"**
**DIMITRY GORDON**
**a/k/a "Jimmy"**

███████████████████████

**ASHLEY GLEASON**

knowingly and intentionally conspired to distribute and possess with intent to distribute controlled substances including 100 grams or more of a mixture or substance containing heroin, 28 grams or more of a mixture or substance containing cocaine base, and a mixture or substance containing oxycodone, and did aid and abet such conduct, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and Title 18, United States Code, Section 2.

It is further alleged that as to defendants Romelly Dastinot a/k/a "Marcus," Jacques Victor a/k/a "Face," ████████████████████████████ and Pierre Dubois a/k/a "Cookie," 100 grams or more of a mixture or substance containing heroin and 28 grams or more of a mixture or substance containing cocaine base is attributable and reasonably foreseeable and the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B) are applicable.

It is further alleged that as to defendants Dimitry Gordon a/k/a "Jimmy," ███████████ ████████████████████████ and Ashley Gleason, the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

## Count Two

On about November 14, 2012, in the District of Maine, defendant

### ASHLEY GLEASON

knowingly and intentionally distributed a mixture or substance containing cocaine base, in

violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(C) apply to the conduct described herein.

## Count Three

On about January 16, 2013, in the District of Maine, defendant

### ASHLEY GLEASON

did knowingly and intentionally aid and abet the distribution of a mixture or substance

containing cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), and Title

18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section

841(b)(1)(C) apply to the conduct described herein.

## Count Four

On about March 16, 2014, in the District of Maine, defendants

### JACQUES VICTOR
a/k/a "Face"



### JEAN VALBRUN
### JONATHAN DUFFAUD

knowingly and intentionally possessed with intent to distribute 100 grams or more of a mixture

or substance containing heroin and 28 grams or more of a mixture or substance containing

cocaine base and did aid and abet the same, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that as to defendants Jacques Victor a/k/a "Face" and ███████ ████████████████████████████████████████ 100 grams or more of a mixture or substance containing heroin and 28 grams or more of a mixture or substance containing cocaine base is attributable and reasonably foreseeable and the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B) are applicable.

It is further alleged that as to defendants Jean Valbrun and Jonathan Duffaud, the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

### Count Five

On about March 22, 2014, in the District of Maine, defendants

**ROMELLY DASTINOT**
**a/k/a "Marcus"**
**PIERRE DUBOIS**
**a/k/a "Cookie"**
**PIERRE AZOR**
**a/k/a "Cash"**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing oxycodone and did aid and abet the same, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

## Count Six

On about April 19, 2014, in the District of Maine, defendants

**JACQUES VICTOR**
**a/k/a "Face"**

**CARRIE BUNTROCK**
**a/k/a "Grandma"**
**MEKAYLA FARLEY**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing heroin and did aid and abet the same, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply to the conduct described herein.

## Counts Seven - Nine

On about the dates set forth below, in the District of Maine and elsewhere, the defendant listed in the chart below did knowingly and intentionally use a communication facility, specifically, a telephone, in committing, causing, and facilitating the offenses set forth below:

| COUNT | DEFENDANT | DATE | TIME | OFFENSE(S) |
|-------|-----------|------|------|------------|
| | | | | |
| Eight | STEPHEN CHADWICK | March 12, 2014 | 6:35 p.m. | The conspiracy offense charged in Count One of this Indictment |
| Nine | RICHARD MCKENZIE | March 26, 2014 | 11:43 a.m. | Possession with intent to distribute cocaine base; and attempted possession with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 841(a)(1) |

In violation of Title 21, United States Code, Section 843(b).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 843(d) apply to the conduct described herein.

## FORFEITURE ALLEGATION

As a result of committing the controlled substance offense alleged in Counts One through Six of this Indictment, Defendants

**ROMELLY DASTINOT**
**a/k/a "Marcus"**
**JACQUES VICTOR**
**a/k/a "Face"**

█████████████████

**PIERRE DUBOIS**
**a/k/a "Cookie"**
**DIMITRY GORDON**
**a/k/a "Jimmy"**

█████████████████

**ASHLEY GLEASON**
**JEAN VALBRUN**
**JONATHAN DUFFAUD**
**PIERRE AZOR**
**a/k/a "Cash"**
**CARRIE BUNTROCK**
**a/k/a "Grandma"**
**MEKAYLA FARLEY**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds said Defendants obtained directly or indirectly as a result of the violation alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the

violation, including but not limited to a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense for which Defendants are liable, and the following asset:

-   A 2004 Audi A6, white in color, VIN # WAULT64B84N055921, bearing Maine registration 284TV, and registered to Ashley Gleason

All in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 982(a)(1) and Federal Rule of Criminal Procedure 32.2.

A TRUE BILL,
Original on file with the Clerk's Office

FOREPERSON //

Assistant U.S. Attorney
Date: May 20, 2014

7