# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| USA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) 2:14-cr-69-JDL |
| | ) |
| | ) |
| JEAN VALBRUN | ) |

## POST-TRIAL SCHEDULING ORDER

In accordance with Rule 33(b)(2) of the Federal Rules of Criminal Procedure, Defendant's Motion for a New Trial must be filed within 14 days after verdict. The Government shall file its memorandum in response within 14 days of the Defendant's motion, and the Defendant may file its memorandum in reply within 7 days thereafter. The Defendant may address the issues raised in his motion for a judgment of acquittal as part of his memorandum in support of his motion for a new trial, or he may, at his discretion, file a separate memorandum as to which the preceding schedule for response and reply memoranda shall apply.

SO ORDERED.

Dated: November 24, 2015

                                                                         /s/ Jon D. Levy
                                                               U.S. DISTRICT JUDGE